JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATE,<br><br>        Plaintiff,<br><br>        v.<br><br>MARTHA A. MOLINA, et al.,<br><br>        Defendant. | Case No. CV 14-7243 FMO (AGRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Application for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

    1.    Default judgment shall be entered in favor of plaintiff Michael Tate against defendant Martha A. Molina in the amount of $7,735.00 for statutory damages, costs and attorney's fees. The total amount is allocated as follows:

        A.    Statutory damages in the amount of $4,000.00.

        B.    Attorney's fees in the amount of $3,315.00.

        C.    Costs in the amount of $420.00.

    2.    Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 9th day of January, 2015.

                                                                        /s/<br>
                                                    Fernando M. Olguin<br>
                                               United States District Judge